UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANELYS HERNANDEZ,

              Plaintiff,

    - against -

SHIPPY SHOES, LLC,

              Defendant.

---

23-cv-7301 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **December 15, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
            November 22, 2023

                                        John G. Koeltl
                                   United States District Judge