UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANELYS HERNANDEZ,

               Plaintiff,          23-cv-7301 (JGK)

    - against -               <u>ORDER</u>

SHIPPY SHOES, LLC,

               Defendant.

---

JOHN G. KOELTL, District Judge:

The time for the defendant to answer or respond to the complaint is extended to **December 8, 2023**.

SO ORDERED.

Dated:    New York, New York
            November 27, 2023

                                          John G. Koeltl
                                   United States District Judge