UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANELYS HERNANDEZ,
                Plaintiff(s)

                                                           23 civ 7301 (JGK)

   -against-

SHIPPY SHOES,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The Court extended the time to answer the complaint to December 8, 2023. If the defendant fails to answer the complaint, the plaintiff shall file default papers, via this Court's rules, by December 22, 2023,

The conference scheduled for December 7, 2023, is canceled.

**SO ORDERED.**

                                                                         **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 28, 2023