UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANELYS HERNANDEZ,

               Plaintiff,

                                                                            23 civ 7301 (JGK)

      -against-

SHIPPY SHOES, LLC,

               Defendant.
-----------------------------------------------------------------X

## ORDER

The plaintiff shall serve and file default papers, pursuant to this Court's rules, by **January 25, 2024.** Any responses to the default papers shall be due by **February 7, 2024.** The plaintiff shall reply by **February 12, 2024.**

**The defendant is advised that failure to respond to the motion may be grounds for a default judgment being entered against it, in which event the defendant will have no trial.**

The plaintiff shall file proof of service of the papers by **January 25, 2024.**

**SO ORDERED.**

                                                                               **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 11, 2024